**DENY and Opinion Filed September 14, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00892-CV**

**IN RE PRAIRIE LINK CONSTRUCTORS JV; FLUOR ENTERPRISES, INC.; AND BALFOUR BEATTY INFRASTRUCTURE, INC., Relators**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-13917**

## MEMORANDUM OPINION

Before Justices Reichek, Smith, and Kennedy
Opinion by Justice Smith

In this original proceeding, relators seek mandamus relief from the trial court's August 24, 2023 order denying discovery. Relators have also filed a motion to stay the underlying proceedings pending resolution of their petition for writ of mandamus. We deny the petition, and we deny the stay motion as moot.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relators bear the burden of providing the Court with a sufficient record to show they

are entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding).

Here, relators have failed to provide sworn or certified copies of every document material to their claim for relief. *See* TEX. R. APP. P. 52.3(k)(1) (stating an appendix must contain "a certified or sworn copy of any order complained of, or any other document showing the matter complained of"), 52.7(a)(1) (requiring a relator to file with a petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"). Relators' unsworn certification is insufficient to meet Rule 52's requirements. *See In re Lancaster*, No. 05-23-00381-CV, 2020 WL 3267865, at *1 (Tex. App.—Dallas May 5, 2023, orig. proceeding) (mem. op.) (attorney's unsworn declaration wherein she declared that the facts stated in the declaration were true and correct was insufficient because it did not invoke penalty of perjury).

Accordingly, we deny relators' petition for writ of mandamus. Having denied the petition, we also deny as moot the stay motion.


230892f.p05

/Craig Smith//
CRAIG SMITH
JUSTICE

–2–